[No. 11409–3–I.   Division One.   January 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMIE
DUREL GOFORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88676, Liem E. Tuai, J., entered December 16,
1980. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Williams and Andersen, JJ.

[No. 11694–1–I.   Division One.   January 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD
DUANE JOHNSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–00087–2, James J. Dore, J., entered May
4, 1982. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Durham, C.J., and Callow, J.

[No. 12492–7–I.   Division One.   January 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
JAMES PINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–8–02095–0, Stanley Stone, J. Pro Tem.,
entered November 2, 1982. *Affirmed* by unpublished opin-
ion per Scholfield, J., concurred in by Williams and
Andersen, JJ.

[No. 12493–5–I.   Division One.   January 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
THOMAS PURSCHWITZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–8–01513–1, Herbert M. Stephens, J.,
entered November 8, 1982. *Affirmed* by unpublished opin-
ion per Scholfield, J., concurred in by Williams and
Andersen, JJ.